United States District Court
For the Northern District of California

1
2
3
4
IN THE UNITED STATES DISTRICT COURT
5
FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7
8
9   LARRY DIXON,                              )        No. C 04-3038 CW
                                              )
10          Petitioner,                       )
                                              )        ORDER GRANTING
11       v.                                   )        CERTIFICATE OF
                                              )        APPEALABILITY
12   D. L. RUNNELS, Warden,                   )
                                              )
13          Respondent.                       )
    _____)
14
15
16      Petitioner filed a habeas corpus petition pursuant to 28
17   U.S.C. § 2254.  On August 12, 2008, the Court entered judgment
18   denying the petition.  Petitioner seeks a certificate of
19   appealability only in regard to his claim based on a violation of
20   <u>Brady v. Maryland</u>, 373 U.S. 83 (1963).
21      A habeas petitioner may not appeal a final order in a
22   federal habeas proceeding without first obtaining a certificate
23   of appealability (formerly known as a "certificate of probable
24   cause to appeal").  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).
25   A certificate of appealability should be granted "only if the
26   applicant has made a substantial showing of the denial of a
27   constitutional right."  28 U.S.C. § 2253(c)(2).[1]  The certificate
28

_____

   [1]Section 2253(c)(2) codified the standard announced by the United
States Supreme Court in <u>Barefoot v. Estelle</u>, 463 U.S. 880, 892-93
(1983).  In <u>Barefoot</u>, the Court explained that "a substantial showing

<div style="text-align: left; font-weight: bold;">
United States District Court<br>
For the Northern District of California
</div>

1  of appealability must indicate which issue or issues satisfy the

2  showing required by § 2253(c)(2).  28 U.S.C. § 2253(c)(3).

3  The Court finds that Petitioner has made a sufficient

4  showing of the denial of a constitutional right to justify a

5  certificate of appealability in regard to his Brady claim.

6  CONCLUSION

7  Accordingly, the Court grants Petitioner's certificate of

8  appealability.

9

10  IT IS SO ORDERED.



11

12  DATED: 9/24/08

13  CLAUDIA WILKEN
   United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27  of the denial of [a] federal right" means that a petitioner "must
   demonstrate that the issues are debatable among jurists of reason;
28  that a court could resolve the issues [in a different manner], or that
   the questions are adequate to deserve encouragement to proceed
   further."  Id. at 893 n.4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DIXON,

                    Plaintiff,

        v.

RUNNELS et al,

                    Defendant.
                                                    /

Case Number: CV04-03038 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Juliet B. Haley
California Attorney Generals Office
455 Golden Gate Avenue
Suite 11000
San Francisco,  CA 94102-7004

Larry  Dixon P-48492
San Quentin State Prison
San Quentin,  CA 94964

Dated: September 24, 2008

                                Richard W. Wieking, Clerk
                                By: Sheilah Cahill, Deputy Clerk

3